UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KERRY MOORE, a married individual, and
KELLIE MOORE, his wife,

    Plaintiffs,

    v.

KING COUNTY FIRE PROTECTION
DISTRICT NO. 26, et al,

    Defendants.

Case No. C05-442JLR

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFFS , and on behalf of DEFENDANTS in the amount of $9,769.22 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   DOCKET FEE | $20.00 | 0 | $20.00 |
| II.  DEPOSITION TRANSCRIPTS | $7,457.25 | $550.45 | $6,906.80 |

Clerk allowed as taxable costs those expenses incurred for depositions used by either party at trial or in support of or in opposition to a motion filed in the case.

| III. VIDEO DEPOSITIONS | $2,639.66 | $1,508.08 | $1,131.58 |
|---|---|---|---|

Clerk allowed costs for transcripts of videos actually used at trial. Costs for producing and editing videos were not allowed.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. TRIAL TRANSCRIPTS | $121.56 | $121.56 | 0 |

Trial transcripts were produced for the convenience of counsel and costs are not taxable.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| V. COPIES | $8,554.19 | $6,843.34 | $1,710.84 |

Costs incurred for obtaining copies of discovery materials and in-house copying are not taxable. Only cost of copying materials actually used at trial will be allowed. It is the decision of the Clerk that 20% of total amount requested represents copying directly associated with the trial.

| VI. TRIAL EXHIBITS | $2,526.34 | $2,526.34 | 0 |
|---|---|---|---|

Demonstrative trial exhibits were produced for convenience of counsel and costs are not taxable.

Dated this ___8th___ day of NOVEMBER, 2006 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2