UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KERRY MOORE and KELLIE MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY FIRE PROTECTION DISTRICT NO. 26, et al.,<br><br>Defendants. | CASE NO. C05-442JLR<br><br>ORDER |

This matter comes before the court on Defendants' motion to have Plaintiffs designate additional portions of the transcript (Dkt. # 288). For the following reasons, the court GRANTS Defendants' motion.

Plaintiffs filed an appeal with the Ninth Circuit challenging this court's July 21, 2006 order granting partial summary judgment for the Defendants (Dkt. # 162). Plaintiffs then informed Defendants that they did not intend to order the transcript from the hearing on the summary judgment motion to include as part of the record on appeal. (Dkt. # 287). Defendants responded by filing the instant motion and arguing that at least some portions of the transcript should be ordered for the appeal. The main dispute here is to determine which party must pay for Defendants requested transcript.

Plaintiffs contend that the transcript is unnecessary because they intend only to pursue the appeal if there is an intervening change in the law. That is, if McClarty v.

ORDER – 1

Totem Elec., 137 P.3d 844 (Wash. 2006) is withdrawn or reversed, Plaintiffs will pursue their appeal. If the case is not withdrawn or reversed, they will dismiss the appeal. Defendants counter that a transcript from this court's hearing on Defendants motion for summary judgment is necessary to Plaintiffs' appeal. The court agrees.

While the propriety of Plaintiffs' appeal tactic is not before the court, the court must determine whether this rationale is a sufficient reason to release Plaintiffs from their obligation to pay for the summary judgment transcript.[1]

The Ninth Circuit Rules require that the appellant, Plaintiffs in this case, make arrangements for payment for the portions of the transcript that are ordered. 9th Cr. R. 10-3.1(f). Rule 10-3.1 also requires that the appellant pay for the portions of the transcript the appellee designates, unless the appellant explains to the district court why the transcript requested by the appellee is unnecessary. Id. The district court then determines which party shall pay for which portions of the transcript. Id.

Here, Defendants request that Plaintiffs' appeal of the summary judgment motion include a transcript from the hearing held on July 20, 2006 (Dkt. # 161). The court finds that the Defendants' request for the transcript from the summary judgment hearing is not an unnecessary designations. During the hearing, counsel for both parties made arguments and cited legal authority that was not contained in the briefs submitted to this court.

---

[1] Plaintiffs stated plan is to wait to see if McClarty is withdrawn or reversed and then they will seek leave from the Ninth Circuit to expand the record and file additional supplemental transcript designations, if needed.

ORDER – 2

Accordingly, the court GRANTS Defendants' motion (Dkt. # 288). Plaintiffs shall make arrangements with the court reporter to order and pay for the transcript of the summary judgment hearing held on January 20, 2006.[2]

Dated this 5th day of January, 2007.

_____
JAMES L. ROBART
United States District Judge

---

[2] The court cautions Plaintiffs to act promptly in complying with this order. Pursuant to the Ninth Circuit's December 11, 2006 order in this appeal, Plaintiffs only have until January 19, 2007 to pay for the transcript.

ORDER – 3