UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KERRY MOORE and KELLIE MOORE,<br><br>    Plaintiffs,<br><br>    v.<br><br>KING COUNTY FIRE PROTECTION DISTRICT NO. 26, et al.,<br><br>    Defendants. | CASE NO. C05-442JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This order resolves Defendants' motion to unseal file (Dkt. # 296) and amends the court's prior orders (Dkt. ## 300, 302). The court has reviewed the parties' briefing in this matter and the documents that Plaintiffs request remain under seal. The court ORDERS as follows:

The clerk is directed to unseal the entire file, except that the following docket entries shall remain under seal: Dkt. ## 9, 28, 103, 129, 150, 170-174, 180, 181, 187, 195, 197, 200, 203, 229, 237, 298, 299, and 304. These documents shall remain under seal in accordance with the court's prior protective orders (Dkt. ## 31, 59, 91, and 157).

MINUTE ORDER – 1

1
2
3   Filed and entered this 15th day of March, 2007.
4
5                                       BRUCE RIFKIN, Clerk
6                               By         s/Mary Duett
7                                          Deputy Clerk
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MINUTE ORDER – 2