UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KERRY MOORE, et al.,

        Plaintiffs,

        v.

KING COUNTY FIRE PROTECTION DISTRICT NO. 26, JAMES POLHAMUS, DAVID LAWRENCE, JERRY HARRIS AND GARY BOLLINGER,

        Defendants.

Case No. C05-442JLR

TAXATION OF COSTS

    Following the direction of the United States Court of Appeals For The Ninth Circuit the parties shall bear their own costs. Plaintiffs request for costs is denied.

    Dated this ___6th___ day of MAY, 2009 .

                                        Bruce Rifkin
                                        Clerk, U.S. District Court

TAXATION OF COSTS -- 1